## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MAE WRIGHT, ET AL

vs.                              No.  4:09CV00065 SWW

PULASKI COUNTY

### ORDER

It has come to the Court's attention that the scheduling order entered on May 20, 2010, [doc #179] was issued in error and is hereby rescinded.

The scheduling order issued April 8, 2010 [doc #176] remains in full force and effect.

IT IS SO ORDERED this 20th day of May 2010.

/s/Susan Webber Wright
United States District Judge