## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| MAE WRIGHT, ET AL., on behalf of themselves and others similarly situated | * * * * | |
| Plaintiffs | * * | NO:4:09CV00065   SWW |
| VS. | * * | |
| PULASKI COUNTY | * * * | |
| Defendant | * * | |

## **ORDER**

Before the Court is Defendant's motion in *limine*. The Court will not address motions *in limine* in this case until a time closer to the trial date, February 7, 2011. Accordingly, Defendant's motion *in limine* (docket entry #149) is DENIED WITHOUT PREJUDICE and may be resubmitted at a time closer to trial.

IT IS SO ORDERED THIS 6th DAY OF AUGUST, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE