## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION

| | | |
|---|---|---|
| MAE WRIGHT, ET AL., on behalf of themselves and others similarly situated | * * * * | |
| Plaintiffs | * * | NO:4:09CV00065   SWW |
| VS. | * * | |
| PULASKI COUNTY | * * * | |
| Defendant | * * | |

## ORDER

Separate plaintiffs Sterling Boston, Alice Culberson, Phyllis Goodman, Brenda Jones, Wendy Pierce, Eugene Rouse, and Tiffany Slaughter move to voluntarily dismiss their claims with prejudice.  The motion (docket entry #203) is GRANTED.  The claims of separate plaintiffs Sterling Boston, Alice Culberson, Phyllis Goodman, Brenda Jones, Wendy Pierce, Eugene Rouse, and Tiffany Slaughter are DISMISSED WITH PREJUDICE, and these plaintiffs are dismissed as parties to this case.

IT IS SO ORDERED THIS 2ND  DAY OF FEBRUARY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE