# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MAE WRIGHT, ET AL**                                                                                       Plaintiffs

vs.                                             NO. **4:09CV00065 SWW**

**PULASKI COUNTY**                                                                                       Defendant

## **ORDER**

Before the Court is the parties' joint motion to dismiss this case with prejudice. The parties state that this case has been settled to the satisfaction of both Plaintiffs and Defendant. The motion to dismiss (docket entry #208) is GRANTED, and this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 29TH DAY OF MARCH, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE